diction and set cases for oral argument.

No. 73–1321. OHLEY v. ILLINOIS. Appeal from App. Ct. Ill., 5th Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 73–1440. McBRYDE SUGAR CO., LTD., ET AL. v. HAWAII ET AL. Appeal from Sup. Ct. Hawaii dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 73–1570. DOWELL ET UX. v. UTAH. Appeal from Sup. Ct. Utah dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 73–1386. CHICAGO WELFARE RIGHTS ORGANIZATION ET AL. v. EDELMAN, DIRECTOR, DEPARTMENT OF PUBLIC AID OF ILLINOIS, ET AL. Appeal from Sup. Ct. Ill. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 73–1606. MURPHY NURSING HOME, INC., ET AL. v. RATE SETTING COMMISSION ET AL. Appeal from Sup. Jud. Ct. Mass. dismissed for want of substantial federal question.